IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 20-MJ-112STE |
| ) | |
| CALEB L. DAVIS, ) | |
| ) | |
| Defendant. ) | Violation: 16 U.S.C. §668dd(f)(1) |
| ) | 50 C.F.R. § 27.82(b) |
| ) | 50 C.F.R. § 28.31 |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about February 29, 2020, in the Western District of Oklahoma on the Wichita Mountains National Wildlife Refuge, at or near Mount Scott,

---------------- **CALEB L. DAVIS** --------------

the defendant, did possess a controlled substance, to wit: marijuana, on a national wildlife refuge.

All in violation of Title 16, United States Code Section 668dd(f)(1) and Title 50, Code of Federal Regulations, Section 27.82(b)(2).

### Count 2

On or about February 29, 2020, in the Western District of Oklahoma on the Wichita Mountains National Wildlife Refuge, at or near Mount Scott,

---------------- **CALEB L. DAVIS** --------------

the defendant, did possess drug paraphernalia on a national wildlife refuge.

All in violation of Title 16, United States Code Section 668dd(f)(1) and Title 50, Code of Federal Regulations, Section 28.31.

Dated this 11th day of March 2020.

                                        TIMOTHY J. DOWNING
                                        United States Attorney

                                        */s/ Rebecca S. Ashby*
                                        REBECCA S. ASHBY
                                        Special Assistant U.S. Attorney
                                        Office of the Staff Judge Advocate
                                        Fort Sill, OK 73503
                                        (580) 442-3900