Tape_____10:24_____

CRIMINAL
COURTROOM MINUTE SHEET
UNITED STATES MAGISTRATE JUDGE

Date_____03/12/2020_____

CASE NO:_____20-MJ-112STE;9247195;9247194_____**U.S.A. vs.**__Caleb Davis_____

**PROCEEDINGS:** __X__ INITIAL APPEARANCE __X____ ARRAIGNMENT __X__ **PLEA/** CHANGE OF PLEA
__X__ SENTENCING ____ OTHER (Specify): DOCKET CALL

**MAGISTRATE JUDGE SHON T. ERWIN**                    **Courtroom Deputy: Monja Smith**

**COUNSEL FOR**:        Plaintiff __REBECCA ASHBY, SAUSA_____
                            Defendant__CLAY ZELBST, CJA_____

**Minute:** Enter as above

__X__ Defendant appears in person.__X____ Is Fully apprised.             ____ Waives counsel
                                                                          ____ Retain counsel
__X__ Consents to be tried by U.S. Magistrate__X___Misd. _____Petty Offense   _X_ Request counsel be appointed
                                                                          _X_ Approved _____ Denied

_____
_____
_____
_____

**CHARGES AND FINES:**

Count 1_____Class A: Poss. CDS_____Charge amended to Class _B: Trespassing: $290 +$10SA__
Count 2_____Class A: Poss. drug paraphernalia____Charge amended to Class _____:_____
Count 3_____Class B: Litter on NWR: $100____Charge amended to Class _____:_____
Count 4_____Class B: Exceed visitors hours/NWR__Charge amended to Class _____:_____
Count_____Class_____Charge amended to Class _____:_____

**PLEA:** _____Guilty on ct. 1 and 3; dismiss counts 2 and 4____

**Referred to Probation Office:** *Pre-Sent.*_____*TSR*_____*Prob*_____

**Substance Abuse Aftercare at discretion of P.O.**_____

**Drug testing as per 1994 Crime Bill** _____

Jail:_____ Defendant to report to US Marshal on_____ at_____

**Total Due:** _$290 fine+$10SA on ct 1; $60 fine+$10SA+$30processing fee ($400 total)_
**To be paid as Follows:** _____
In Full on ___3/12/20_____
$_____Monthly beginning_____
Other _____